In the Matter of SANDERSON BROTHERS' STEEL COMPANY.

JOSIAH J. PARKHURST et al., Petitioners, etc., Respondents, *v.* LUCIUS GLEASON et al., Trustees, etc., Appellants.

(Submitted April 14, 1885; decided April 21, 1885.)

*Hiscock, Gifford & Doheny* for appellants.

*J. C. Hunt* for respondents.

Agree to dismiss appeal on the ground that the order is not final; no opinion.

All concur.

Appeal dismissed.